U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 1 2 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| HARDWARE RESOURCES, INC. | CIVIL ACTION NO. 06-0872 |
| versus | JUDGE TOM STAGG |
| JFH CORPORATION, ET AL. | |

## O R D E R

Based on the foregoing Memorandum Ruling;

**IT IS ORDERED** that the motion to dismiss (Record Document 17) filed by defendants Joseph Habbouch, Junguao Industries, Inc. d/b/a Pacific Industries, and Pride Industrial (hereinafter occasionally collectively referred to as the "Ohio defendants") be and is hereby **GRANTED**. All claims against the Ohio defendants are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana this the 12th day of July, 2006.

JUDGE TOM STAGG

1